IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SOUTHERN ELECTRICAL )
RETIREMENT FUND ) No. 3-08-0038
 )
v. )
 )
DRL SERVICES, INC. )

O R D E R

By notice served on the defendant with the summons and complaint, the initial case management conference was scheduled on February 25, 2008, at which time no appearance was made on behalf of the defendant.

On February 20, 2008, the plaintiff filed a request for entry of default (Docket Entry No. 5), and default was entered against the defendant by the Clerk on March 10, 2008 (Docket Entry No. 6), for the defendant's failure to file a response to the complaint after having been served on January 18, 2008. See Docket Entry No. 4.[1]

On April 7, 2008, the plaintiff filed a motion for preliminary injunction and to waive security (Docket Entry No. 9).

The Clerk is directed to forward the file to the Honorable Robert L. Echols for his consideration of the plaintiff's motion for preliminary injunction and accompanying filings (Docket Entry Nos. (8-10).

Because the defendant failed to appear at the initial case management conference on February 25, 2008, failed to file a response to the complaint, failed to file a response to the plaintiff's request for entry of default, failed to communicate in any form or fashion with the Court, and default has been entered against the defendant, it appears that the defendant does not intend to enter an appearance in this case or defend this action.

---

[1] On March 24, 2008, plaintiff's counsel advised the Court that he intended to file a motion for preliminary injunction.

Therefore, unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

The Clerk is further directed to send a copy of this order to the defendant c/o David W. Lannetti, Registered Agent, 500 World Trade Center, Norfolk, Virginia 23510, by regular, first class mail (only).

It is so ORDERED.

/s/ Juliet Griffin
JULIET GRIFFIN
United States Magistrate Judge